UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CASE MANAGEMENT CONFERENCE
MINUTE SHEET

DCM FORM NO. 7
1/1/92

CASE MANAGEMENT CONFERENCE HELD BEFORE **JUDGE DONALD C. NUGENT** ON ~~JANUARY 28, 2022~~ March 1
JUDICIAL OFFICER

Eleven 10 LLC,

           Plaintiff(s),

v.

Innovationaly SK d.o.o.,

           Defendant(s).

CASE NO. 1:21 CV 2207

JUDGE: DONALD C. NUGENT

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE?  YES ☐  NO ☑

TRACK DESIGNATION:
Administrative ☐   Expedited ☐   Standard ☑   Complex ☐   Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION:  YES ☐  NO ☑
IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐   Mediation ☐   Arbitration ☐   Summary Jury Trial ☐   Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

DISCOVERY TYPE AND EXTENT: Mostly written discovery; minimal depositions; need for experts tbd @ future date

DISCOVERY CUT OFF DATE: 8/26/22

MOTIONS CUT OFF DATE: TBD @ next status

CASE STATUS HEARING SCHEDULED FOR: 8/3/22 @ 9:30AM, by telephone

NOTES: Trade dress case focused on the design of tourniquet cases sold by the parties. Parties are working well together and expect discovery to be straightforward. Both parties still contemplating whether experts will be necessary.

Length of Proceeding: 10 MIN.

*Donald C. Nugent* 3/1/22
DISTRICT JUDGE